UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

Patrick E McCann
Debtor

Case No.19-13777-KHK
Chapter 13

## ORDER

This matter came before the Court on December 19, 2019 upon the Motion to Extend the Automatic Stay (Docket No. 6), filed by the Debtor, Patrick E. McCann, by counsel. It appearing to the Court that good cause exists for denying the relief requested herein and for the reasons stated on the record, it is hereby

ORDERED that the Motion to Extend the Automatic Stay (Docket No. 6) is DENIED.

DATE: Jan 8 2020

/s/ Klinette H. Kindred
Judge Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: January 10, 2020

**Copy electronically to:**
John D. Sawyer
Thomas P. Gorman
John P. Fitzgerald, III